JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AUSTIN REDDEN,

Petitioner,

v.

SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,

Respondent.

No. 2:25-cv-03916-DOC-DSR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 29, 2026

[signature]

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE